**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No.  13-cv-01745-REB-KMT

CHUN CHEE SENG,

      Plaintiff,

v.

AMERICANA INVESTMENTS, LLC,
MARGARET V. ANDERSON-CLARKE,
ANDERSON-CLARKE LAW,
BRIAN D. WEST, and
WEST LAW GROUP, P.C.,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Consent Motion For Counsel For The Defendants To Appear Telephonically** [#97][2] filed August 5, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Consent Motion For Counsel For The Defendants To Appear Telephonically** [#97] filed August 5, 2014, is **GRANTED**; and

2.  That counsel for the defendants, Mr. Brian West **SHALL** participate in the Final Pretrial/Trial Preparation Conference by telephone.  Counsel shall contact the chambers of Judge Robert E. Blackburn at 303-335-2350, at the date and time designated for this hearing.

      Dated:  August 6, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#97]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.