# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:                August 8, 2014

Deputy Clerk:        Cathy Pearson
Court Reporter:      Tracy Weir

---

**Civil Action No.  13-cv-01745-REB-KMT**

| *Parties:* | *Counsel:* |
|---|---|
| CHUN CHEE SENG, | Leonard Milligan, III |
| Plaintiff, | |
| v. | |
| AMERICANA INVESTMENTS, LLC, | Brian West (by telephone) |
| MARGARET V. ANDERSON-CLARKE, | |
| ANDERSON-CLARKE LAW, | |
| BRIAN D. WEST, and | |
| WEST LAW GROUP, P.C., | |
| Defendants. | |

---

## COURTROOM MINUTES

**Telephonic Final Pretrial Conference/Trial Preparation Conference**

**9:08 a.m.     Court in session.**

Appearances of counsel.

Opening statements by the court.

Discussion held regarding the status of the case and the Consent Motion for Trial by Court (Doc. 90, filed 7/28/14).

**ORDERED:**   The Consent Motion for Trial by Court (Doc. 90, filed 7/28/14) is GRANTED as stated on the record.  The trial in this case shall be to the Court.

Discussion held regarding the Recommendation of United States Magistrate Judge as to Defendants West's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) [Doc. 91, filed 7/28/14], the Recommendation of United States Magistrate Judge as to Defendant Americana Investments' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Doc. 96, filed 7/31/14], and the pending trial date of August 18, 2014.

**ORDERED:**   The trial set for August 18, 2014, is VACATED and will be continued, pending further order of the Court.

**ORDERED:**   The Final Pretrial Conference and Trial Preparation Conference set for this date are VACATED and will be continued, pending further order of the Court.

The Court will set a status conference at a later time.  Counsel for the parties may appear and participate by telephone or in person at that status conference.  No individual defendant is required to appear or participate in the status conference but may, either in person or by telephone.

**9:17 a.m.     Court in recess.**

Total time in court:   00:09

Hearing concluded**.**