**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01745-REB-KMT

CHUN CHEE SENG,

        Plaintiff,

v.

MARGARET V. ANDERSON-CLARKE, and
ANDERSON-CLARKE LAW,

        Defendants.

---

**ORDER FOR JUDGMENT**

---

**Blackburn, J.**

        This matter is before me *sua sponte*.  By order entered this same day, I

dismissed the last remaining claims and parties in this lawsuit.  (***See* Order**

**Discharging Order To Show Cause and Dismissing Claims Against Remaining**

**Defendant** [#111], filed September 9, 2014.)  It therefore appears that final judgment

should enter as provided herein.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That judgment without prejudice **SHALL ENTER** in accordance with my

**Order Re: Recommendation of United States Magistrate Judge** ¶ 5 at 4 [#106], filed

August 20, 2014, on behalf of defendants, Brian D. West, and West Law Group, P.C.,

against plaintiff, Chun Chee Seng, on all claims for relief and causes of action

asserted against them in this action;

2.  That judgment with prejudice **SHALL ENTER** in accordance with my **Order Re: Recommendation of United States Magistrate Judge** ¶ 5(a) at 5 [#107], filed August 21, 2014, on behalf of defendant, Americana Investments, LLC, against plaintiff, Chun Chee Seng, as to the Seventh, Ninth (as against Americana only),Tenth, Eleventh, and Twelfth Claims for Relief asserted in the Complaint and Demand for Jury Trial [#1], filed July 2, 2013;

3.  That judgment **SHALL ENTER** in accordance with my **Order Re: Recommendation of United States Magistrate Judge** ¶ 5(b) at 5 [#107], filed August 21, 2014, on behalf of plaintiff, Chun Chee Seng, against defendant, Americana Investments, LLC, in the amount of six million dollars ($6,000,000) on the First Claim for Relief asserted in the Complaint and Demand for Jury Trial [#1], filed July 2, 2013; plus prejudgment interest at the rate specified by §5-12-102(1)(b), C.R.S., from the date of the breach to the date of the judgment; and post-judgment interest at the rate  provided by law from the date of the judgment to the date the judgment in paid in full; and

4.  That judgment without prejudice **SHALL ENTER** on behalf of defendants, Margaret V. Anderson-Clarke, and Anderson-Clarke Law, against plaintiff, Chun Chee Seng, on all claims for relief and causes of action asserted against them in this action.

Dated September 10, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2