**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01745-REB-KMT

CHUN CHEE SENG

    Plaintiff,

v.

MARGARET V. ANDERSON-CLARKE, and
ANDERSON-CLARKE LAW

    Defendants

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order for Judgment of Judge Robert E. Blackburn entered on September 10, 2014 it is ORDERED that judgment without prejudice is entered on behalf of defendants, Brian D. West, and West Law Group, P.C., against plaintiff, Chun Chee Seng, on all claims for relief and causes of action asserted against them in this action;

That judgment with prejudice is entered in on behalf of defendant, Americana Investments, LLC, against plaintiff, Chun Chee Seng, as to the Seventh, Ninth (as against Americana only),Tenth, Eleventh, and Twelfth Claims for Relief asserted in the Complaint and Demand for Jury Trial [#1], filed July 2, 2013;

That judgment is entered on behalf of plaintiff, Chun Chee Seng, against defendant, Americana Investments, LLC, in the amount of six million dollars

($6,000,000) on the First Claim for Relief asserted in the Complaint and Demand for Jury Trial [#1], filed July 2, 2013; plus prejudgment interest at the rate specified by §5-12-102(1)(b), C.R.S., from the date of the breach to the date of the judgment; and post-judgment interest at the rate provided by law from the date of the judgment to the date the judgment in paid in full; and

That judgment without prejudice is entered on behalf of defendants, Margaret V. Anderson-Clarke, and Anderson-Clarke Law, against plaintiff, Chun Chee Seng, on all claims for relief and causes of action asserted against them in this action.

Dated at Denver, Colorado this 10th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Lowe

Deputy Clerk